Peter Grabow, administrator of the estate of George Grabow, deceased, appellee, v. Chicago & Alton Railroad Company, appellant. Gen. No. 7,144.

Suit for damages for death of person in automobile at railroad crossing. Judgment for administrator. Appeal from the Circuit Court of Will county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed March 16, 1923.

Donovan & Bray, for appellant; Silas H. Strawn, of counsel. J. W. D'Arcy, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

E. Bills, appellee, v. Mrs. Andrew Eggenberger, appellant. Gen. No. 7,162.

Action of trespass on the case on promises in contract for drilling well. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

U. W. Louderback and E. A. Simmons, for appellant. C. F. H. Carrithers and Adsit & Thompson, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Richard O. Sharon, trading as Sharon Coal Company, appellee, v. Central Illinois Light Company, appellant. Gen. No. 7,163.

Assumpsit for money due on coal delivered. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Quinn & Quinn, for appellant. McGrath, Stone, Daily & Michel, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

J. Fred Lewis, appellee, v. Henry J. Sand, appellant. Gen. No. 7,167.

Suit on contract for sale and exchange of real estate. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923. Rehearing denied April 17, 1923.

Harry E. Brown, for appellant. Bartlett S. Gray, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

S. J. Hurd, appellant, v. Margaret B. Kirk, appellee. Gen. No. 7,126.

Suit for money claimed by agent for sale of real estate. Judgment for defendant. Appeal from the Circuit Court of De Kalb county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed May 17, 1923. Rehearing denied July 17, 1923.

Garrett, Maynard & Hull and Thomas M. Cliffe, for appellant. Fisher, North, Welsh & Linscott and Morris J. Hinchcliff, for appellee.

Mr. Justice Jett delivered the opinion of the court.